UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENNETH PHILLIPS,        :
              :
       Plaintiff,   :    25-CV-704 (RWL)
              :
   - against -     :
              :    **ORDER**
EZI EXPRESS CORPORATION, ET AL., :
              :
       Defendants. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   The parties have consented to my jurisdiction for purposes of discovery issues. Accordingly, by **April 29, 2026**, the parties shall file a joint status letter advising the Court of any discovery issues requiring attention. The parties are otherwise directed to my individual rules with respect to addressing discovery disputes.

              SO ORDERED.

              _____
              ROBERT W. LEHRBURGER
              UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2026
   New York, New York

Copies transmitted this date to all counsel of record.